UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JERXAVIER L. LANE #508509                      CIVIL ACTION NO. 17-cv-547 SEC P

VERSUS                                         JUDGE ELIZABETH E. FOOTE

LA DEPT OF CORRECTIONS, ET AL.                 MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Defendants' Motion for Summary Judgment (Doc. 136) is **GRANTED** and that all remaining claims in this civil action are **DISMISSED WITH PREJUDICE** as untimely.  Though Plaintiff cites Article 3493.10 and argues in his objection that the alleged excessive force was a "crime of violence" that carries a two-year prescriptive period, the Court disagrees.  Notably, the United States Supreme Court held that "where state law provides multiple statutes of limitations for personal injury actions, courts considering § 1983 claims should borrow the general or residual statute for personal injury actions." *Owens v. Okure*, 488 U.S. 235, 249−50 (1989).  As a result, the general prescriptive period that applies "to all delictual actions" in Louisiana−and in this case specifically−is one year and found under Article 3492.  La. Civ. Code. art. 3492 cmt. (b).

For this reason, and because Plaintiff filed his Section 1983 claim after the one-year period

expired, his petition is untimely and must be dismissed.

    THUS DONE AND SIGNED at Shreveport, Louisiana, this the 11th day of

November, 2021.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE